(77 South. 1005)

SMITH v. SMITH. (6 Div. 341.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Fayette County; J. J. Curtis, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

STAMPER v. STATE. (8 Div. 540.) (Court of Appeals of Alabama. Feb. 12, 1918.) Appeal from Inferior Criminal Court of Madison; J. W. B. Hawkins, Judge. F. Loyd Tate, Atty. Gen., for the State.

BROWN, P. J. There is no bill of exceptions and no error of record. Affirmed.

(77 South. 1005)

TALBOT et al. v. STATE. (4 Div. 533.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Pike County; A. B. Foster, Judge. F. Loyd Tate, Atty. Gen., for the State.

SAMFORD, J. Appeal dismissed on motion of Attorney General.

(77 South. 1005)

TENNESSEE COAL, IRON & R. CO. v. ELLIS. (6 Div. 447.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Jefferson County; Romaine Boyd, Judge. Percy, Benners & Burr, of Birmingham, for appellant. Beddow & Oberdorfer, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

THREADGILL v. STATE. (5 Div. 257.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Elmore County; Leon McCord, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1005)

THURMAN v. STATE. (6 Div. 365.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. W. L. Martin, Atty. Gen., for the State.

PER CURIAM. Appeal dismissed.

(77 South. 1005)

TRAYLOR v. STATE. (6 Div. 463.) (Court of Appeals of Alabama. Feb. 12, 1918.) Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge. Pinkney Scott, of Bessemer, for appellant. F. Loyd Tate, Atty. Gen., and Ben G. Perry and Huey & Welsh, all of Bessemer, for the State.

BROWN, P. J. The death of appellant being shown, let the appeal abate.

(77 South. 1005)

WALDROP v. AUTOMOBILE SALES CO. (6 Div. 410.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Tuscaloosa County; H. B. Foster, Judge. H. L. Smith, of Tuscaloosa, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

WILLIAMS v. TOWN OF OXFORD. (7 Div. 504.) (Court of Appeals of Alabama. Jan. 17, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

WILSON v. FINCH. (6 Div. 386.) (Court of Appeals of Alabama. Dec. 18, 1917.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. Spier Whittaker, of

Birmingham, for appellant. W. M. Woodall, of Birmingham, for appellee.

PER CURIAM. Affirmed on certificate.

(77 South. 1005)

WOODLAWN REALTY & DEVELOPMENT CO. v. EMPIRE IMPROVEMENT CO. (6 Div. 355.) (Court of Appeals of Alabama. Nov. 27, 1917.) Appeal from Circuit Court, Jefferson County; H. A. Sharpe, Judge. G. W. Yancey, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed.

(77 South. 1005)

WOODLAWN REALTY & DEVELOPMENT CO. v. SPIRO HARDWARE CO. (6 Div. 342.) (Court of Appeals of Alabama. Nov. 29, 1917.) Appeal from Circuit Court, Jefferson County; C. B. Smith, Judge. C. D. Ritter, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(77 South. 1005)

WOODRUFF v. STATE. (7 Div. 534.) (Court of Appeals of Alabama. Feb. 5, 1918.) Appeal from Circuit Court, Calhoun County; Hugh D. Merrill, Judge. Y. C. Woodruff, alias, etc., was convicted of burglary, and appeals. Affirmed. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. The defendant was tried and convicted in the circuit court of Calhoun county on March 27, 1917, under an indictment charging him with burglary, from which judgment of conviction this appeal is taken. There is no bill of exceptions, and no error of a reversible nature appearing in the record, the judgment of the lower court is affirmed. Affirmed.

(78 South. 990)

BATSON v. DORTCH. (6 Div. 441.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court, Jefferson County; John C. Pugh, Judge. James Barton, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

(78 South. 990)

BESHEARS v. STATE. (8 Div. 532.) (Court of Appeals of Alabama. April 2, 1918.) Appeal from Circuit Court, Madison County; R. C. Brickell, Judge. Lanier & Pride, of Huntsville, for appellant. F. Loyd Tate, Atty. Gen., and Emmett S. Thigpen, Asst. Atty. Gen., for the State.

SAMFORD, J. Affirmed on authority of James Lee Herring v. State, ante, p. 423, 78 South. 417.

(78 South. 990)

BRYANT v. STATE. (6 Div. 500.) (Court of Appeals of Alabama. April 16, 1918.) Appeal from Circuit Court, Marion County; C. P. Almon, Judge. F. Loyd Tate, Atty. Gen., for the State.

BRICKEN, J. Appeal dismissed on motion.

(78 South. 990)

CHOCTAW COAL & MINING CO. v. HOLMES. (6 Div. 190.) (Court of Appeals of Alabama. April 18, 1918.) Appeal from Circuit Court, Walker County; J. J. Curtis, Judge. Bankhead & Bankhead, of Jasper, for appellant. Leith & Gunn, of Jasper, for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.